UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MAINE

| | |
|---|---|
| Brian Bouchard | Case No. |
| Plaintiff | **COMPLAINT** |
| v. | |
| Hartford Life Insurance Company | |
| Defendant | |

Plaintiff, Brian Bouchard, for his Complaint against Defendant Hartford Life Insurance Company ("Hartford"), states as follows:

1. Mr. Bouchard is an individual who resides in 325 Country Club Road in York, Maine and who at all pertinent times participated in a long-term disability plan (the "Plan"), sponsored by Westinghouse Electric Company LLC.

2. The Plan is funded, in part, through a group insurance policy Harford sold to Sponsor (the "Policy").

3. Hartford is a foreign company authorized to conduct business in Maine and with principal place of business in Connecticut.

4. Hartford acts as the plan administrator and/or fiduciary of the Plan for purposes of benefit determinations made pursuant to the Policy.

5. Plaintiff brings this action under the Employee Retirement Income Security Act ("ERISA") 502(a)(1)(B), 29 U.S.C. 1132(a)(1)(B), to recover benefits under the Plan and Policy, as well as interest and attorneys' fees.

6.  This Court has subject matter jurisdiction over this action, and it may assert personal jurisdiction over Hartford because, per ERISA 502(e), 29 U.S.C. 1132(e)(2), Hartford undertook to insure the ERISA plan that affected participants living in Maine and Plaintiff resides in Maine.

## Claim for Relief

7.  The Plan provides for short and long-term disability coverage for certain employees of Sponsor, such as Plaintiff.

8.  The Policy provides, in relevant part, you are disabled when you cannot perform the material and substantial duties your own occupation.

9.  After the first 18 months of your disability that monthly benefits are payable, you meet the plan's test of disability on any day you are unable to work at any reasonable occupation solely because of an illness, injury or disabling pregnancy-related condition.

10. Mr. Bouchard worked as a Quality Control Inspector for Sponsor until May 15, 2018, at which time he left work due to an injury.

11. Plaintiff became disabled under the Policy on July 31, 2018 and has remained continuously disabled since then.

12. Mr. Bouchard filed claims for short and long-term disability, both of which were approved by Hartford.  Hartford approved and paid Mr. Bouchard's short-term disability claim through the duration of STD coverage.  Following expiration of the short-term coverage, Hartford approved Mr. Bouchard long-term claim and it was paid through Jul 28, 2020.

13. Mr. Bouchard timely appealed Hartford's adverse benefit determination and Hartford, following a lengthy review, reversed its decision on May 20, 2021.

14. Despite more than a month of telephone calls and correspondence with Hartford, it has refused to pay Mr. Bouchard the benefits for which it is admittedly liable.

15. Hartford's refusal to pay benefits has caused Mr. Bouchard great prejudice.

16. As a result of the foregoing, Mr. Bouchard has suffered a loss in the form of unpaid benefits.

17. Mr. Bouchard is entitled to a judgment against Hartford in the amount of the unpaid long-term disability benefits under the Policy and Plan, plus interest and attorney.

WHEREFORE, Plaintiff, Brian Bouchard, requests the Court grant him the following relief from Defendant:

a. A judgment in the amount of all benefits due under the Plan/Policy plus prejudgment interest.

b. Reinstatement of his benefit claim;

c. Costs and attorney's fees, under ERISA 502(g); and

d. All other relief the Court may deem proper.


Dated:  June 25, 2021                               */s/ Andrew S. Davis*
                                                    Andrew S. Davis, Esq.
                                                    Lambert Coffin
                                                    Two Monument Square, Ste. 400
                                                    P.O. Box 15215
                                                    Portland, ME  04112-5215
                                                    (207) 874-4000
                                                    adavis@lambertcoffin.com